**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TIA MARIE FENNESSEE,** *Plaintiff,* | § § § | |
| **V.** | § | **CIVIL NO. 4:26-CV-988-P** |
| **TRANSUNION CONSUMER SOLUTIONS,** *Defendant.* | § § § § | |

**ORDER RECOMMENDING DISMISSAL AND RETURNING CASE TO DISTRICT JUDGE**

On August 4, 2026, *pro se* Plaintiff Tia Marie Fennessee filed a Complaint [doc. 3] in the above-styled and numbered case. The Court, after reviewing Plaintiff's Complaint, entered an Order Directing Plaintiff to File a Form Amended Complaint ("Order to File Amended Complaint") [doc. 11] in which it directed Plaintiff to file an Amended Complaint no later than October 6, 2026. In this order, the Court advised Plaintiff that "**[f]ailure to timely file an amended complaint could result in the undersigned recommending the dismissal of this case without prejudice for lack of prosecution without further notice**." (Order to File Amended Complaint at 2 (emphasis in original).) In addition, in an order dated September 15, 2026, the Court ordered Plaintiff to register, no later than October 6, 2026, an email address and as an electronic case filer in accordance with the Court's Local Civil Rules [doc. 10] ("Order Requiring Compliance with Local Rules").

As of the date of this order, Plaintiff has wholly failed to file an Amended Complaint or comply with the Court's Order Requiring Compliance with Local Rules. Consequently, the Court **RECOMMENDS** that the above-styled and numbered case be **DISMISSED** for failing to comply with the Court's orders. *See* Fed. R. Civ. P. 41(b).

## NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until October 21, 2026,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 7, 2026.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE